1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated, | Case No.: 2:20-cv-01412-MCE-CKD |
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF** |
| vs. | |
| SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

# ORDER

The Joint Stipulation to Extend Discovery Cut-Off filed on behalf of Plaintiff Khamkoth Keopadubsy ("Plaintiff") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties") is HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED that the discovery cut-off date of July 9, 2021, is **EXTENDED** to **November 6, 2021**.

**IT IS SO ORDERED**.

Dated: March 5, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE