1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-01412-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF** |

**ORDER**

The Joint Stipulation to Extend Discovery Cut-Off (ECF No. 12) filed on behalf of Plaintiff Khamkoth Keopadubsy ("Plaintiff") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties") is **HEREBY GRANTED**.

Accordingly, it is **HEREBY ORDERED** that the discovery cut-off date of November 6, 2021, is extended to March 7, 2022.

**IT IS SO ORDERED.**

Dated:  August 31, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE