UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01412-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINTS** |

**ORDER**

The Joint Stipulation for Leave to File First Amended Complaint ("Stipulation") filed on behalf of Plaintiff Khamkoth Keopadubsy ("Plaintiff") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties") is HEREBY GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Plaintiff Khamkoth Keopadubsy ("Plaintiff") is granted leave to file the First Amended Complaint, attached as **Exhibit A** to the Stipulation, and lodged concurrently herewith;

2. The First Amended Complaint shall be filed not later than five (5) days following the date this Order is electronically filed;

3. Defendant shall have forty-five (45) days from the date the First Amended Complaint is electronically filed to file a pleading that is responsive to the First Amended Complaint.

IT IS SO ORDERED.

Dated: August 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT