1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01412-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF AND RELATED PRE-TRIAL DEADLINES** |

**ORDER**

The Joint Stipulation to Extend Discovery Cut-Off and Related Pre-Trial Deadlines filed on behalf of Plaintiff Khamkoth Keopadubsy ("Plaintiff") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties") is HEREBY GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

The discovery cut-off date of September 7, 2022 shall be extended by nine months to June 7, 2023; and

All related pre-trial dates are extended by nine months consistent with the new discovery cut-off date.

IT IS SO ORDERED.

Dated: September 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE