1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01412-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF AND RELATED PRE-TRIAL DEADLINES** |

**ORDER**

The Joint Stipulation to Extend Discovery Cut-Off and Related Pre-Trial Deadlines filed on behalf of Plaintiff Khamkoth Keopadubsy and Plaintiff Biyaa Kareem Morris ("Plaintiffs") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties") is HEREBY GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

The discovery cut-off date of December 7, 2023, shall be extended to June 7, 2024; and

All related pre-trial dates are extended by six months consistent with the new discovery cut-off date.

IT IS SO ORDERED.

Dated:  August 31, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF AND RELATED PRE-TRIAL DEADLINES**