UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Khamkoth Keopadubsy, | No. 2:20-cv-01412-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Siemens Mobility, Inc., et al., | |
| Defendants. | |

The parties jointly request an extension of all pretrial deadlines until six months after an order resolving plaintiff's anticipated motion for class certification "in the interest of conserving party resources." Joint Stip. at 3, ECF No. 36. The request is **denied without prejudice**; it may be renewed when a motion has in fact been docketed.

The court cautions the parties that pretrial deadlines set in a Rule 16 order can be extended only for "good cause," Fed. R. Civ. P. 16(b)(4), which is primarily a question of the requesting parties' "diligence," *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In this case, deciding whether one or more parties have been "diligent" will include a review of what has occurred since this action was filed in July 2020, more than four years ago.

IT IS SO ORDERED.

DATED: October 30, 2024.

UNITED STATES DISTRICT JUDGE

1