UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Khamkoth Keopadubsy, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>Siemens Mobility, Inc., et al.<br><br>          Defendants. | Case No.: 2:20-cv-01412-KJM-CKD<br><br>**ORDER** |

      Having reviewed the Joint Stipulation to Extend Discovery Cut-Off and to Set Class Certification Briefing Schedule filed on behalf of Plaintiffs Khamkoth Keopadubsy and Biyaa Morris ("Plaintiffs") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties"), and good cause showing, the court **grants** the Parties' request.

      ACCORDINGLY, IT IS HEREBY ORDERED that:

      1.    The discovery cut-off deadline of December 7, 2024, be extended by six (6) months following the Court's ruling on the Motion for Class Certification;

      2.    All related pretrial dates be extended consistent with the new discovery cut-off date and the Court's Initial Pretrial Scheduling Order;

      3.    Defendant shall have up to and including January 17, 2025, to file its Opposition

to Plaintiffs' Motion for Class Certification; and

   4. Plaintiffs shall have up to and including February 14, 2025, to file their Reply brief.

**IT IS SO ORDERED.**

DATED: December 4, 2024.

                _____
                UNITED STATES DISTRICT JUDGE