UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-01412-KJM-CKD<br><br><br>ORDER |

      Upon good cause appearing, the court grants the parties' stipulated request for continuing the deadline for the named plaintiff to appear for an in-person deposition, continuing the hearing on plaintiffs' motion for class certification and continuing the briefing deadlines for defendant's opposition to plaintiffs' motion for class certification and plaintiffs' reply.

      ACCORDINGLY, IT IS HEREBY ORDERED that:

      1.    Plaintiff Keopadubsy shall appear for his deposition, in-person, on January 22, 2025;

      2.    If the court deems it necessary, the hearing on plaintiffs' motion for class certification will be heard on March 27, 2025;

3. Defendant shall have up to and including February 3, 2025, to file its opposition to plaintiffs' motion for class certification; and

4. Plaintiffs have up to and including March 3, 2025, to file their reply brief.

**IT IS SO ORDERED.**

DATED: 1/8/2025

_____
Kimberly J. Mueller
US District Judge