UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01412-KJM-CKD<br><br>[*Hon. Kimberly J. Mueller; Magistrate Judge Carolyn K. Delaney*]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CLASS CERTIFICATION REPLY BRIEFING DEADLINE AND HEARING DATE** |

**ORDER**

The Joint Stipulation to Extend Class Certification Reply Briefing Deadline and Hearing Date filed on behalf of Plaintiffs Khamkoth Keopadubsy and Biyaa Morris ("Plaintiffs") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties"), and good cause showing, is HEREBY GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Plaintiffs shall have up to and until May 30, 2025, to file their Reply brief.
2. The hearing on Plaintiffs' Motion for Class Certification shall be continued from March 27, 2025, to June 26, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: February 27, 2025.

UNITED STATES DISTRICT JUDGE