UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Khamkoth Keopadubsy, | No. 2:20-cv-01412-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Siemens Mobility, et al., | |
| Defendants. | |

The request to extend the reply deadline and hearing date (ECF No. 53) is **denied** for lack of good cause, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609–10 (9th Cir. 1992), and in light of the multiple extensions of time the court has already granted, ECF Nos. 52, 47, 43.

IT IS SO ORDERED.

DATED: April 21, 2025.

UNITED STATES DISTRICT JUDGE

1