1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMKOTH KEOPADUBSY, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01412-KJM-CKD<br><br>[*Hon. Kimberly J. Mueller; Magistrate Judge Carolyn K. Delaney*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

**ORDER**

The Joint Stipulation to Remand Case to State court filed on behalf of Plaintiffs Khamkoth Keopadubsy and Biyaa Morris ("Plaintiffs") and Defendant Siemens Mobility, Inc. ("Defendant") (collectively, the "Parties"), and good cause showing, is HEREBY GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. This Action is hereby remanded to the Superior Court of California, County of Sacramento where the Action was commenced, without prejudice to the rights of the Parties; and

2. All future dates and deadlines in this matter are vacated and the matter closed.

**IT IS SO ORDERED.**

DATED: July 28, 2025

_____
UNITED STATES DISTRICT JUDGE